DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
DAVID B. NEWDORF, State Bar #172960
CHRISTINE VAN AKEN, State Bar # 241755
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3892
Facsimile: (415) 554-3837
E-Mail: david.newdorf@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, STEPHEN BENZINGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE COLLINS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as chief of police; STEPHEN BENZINGER, individually and in his capacity as a police officer; and SAN FRANCISCO POLICE OFFICER DOES 1-25, inclusive,<br>,<br>　　　　　Defendants. | Case No. C 06-0818 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINES IN CIVIL MINUTE ORDER**<br><br>Trial Date:　　　　June 11, 2007 |

　　　All parties to the above-entitled related matters STIPULATE and AGREE as follows:

　　　1.　　Counsel for plaintiff and defendants appeared before the Court at an initial case management conference on May 19, 2006 at 1:30 p.m.

STIPULATION AND [PROPOSED] ORDER
MODIFYING CIVIL MINUTE DEADLINES
U.S.D.C. CASE NO. C 06-0818 JSW

1

N:\LIT\LI2006\060943\00377711.DOC

1  2. At the initial case management conference, the parties agreed to and the Court
2  approved a plan for the parties to refrain from expert disclosures and discovery until after the
3  March 2, 2007 motion hearing scheduled at the initial case management conference.

4  3. At the initial case management conference, the Court did not set a date for trial
5  but set a further case management conference for March 2, 2007, at which time the parties were
6  to discuss a schedule for expert discovery and a trial schedule.

7  4. With the approval of the Court, the parties desire that the expert disclosure
8  deadline of January 16, 2007, the pretrial conference date of May 15, 2007, and the trial date of
9  June 11, 2007, as set forth in the Court's Civil Minute Order of May 19, 2006, be VACATED.

10  5. With the approval of the Court, the parties desire that the schedule for expert
11  disclosure and discovery should be set at the March 2, 2007 case management conference, and
12  that the dates of the pretrial conference and the trial should be set at the March 2, 2007 case
13  management conference.

14  STIPULATED and AGREED:

15  Dated: May 23, 2006

```
                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Deputy
                              DAVID B. NEWDORF
                              CHRISTINE VAN AKEN
                              Deputy City Attorneys


                       By:          /s/
                              CHRISTINE VAN AKEN

                              Attorneys for Defendants
                              CITY AND COUNTY OF SAN FRANCISCO et al.
```

STIPULATION AND [PROPOSED] ORDER         2                         N:\LIT\LI2006\060943\00377711.DOC
MODIFYING CIVIL MINUTE DEADLINES
U.S.D.C. CASE NO. C 06-0818 JSW

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | LAW OFFICES OF JOHN L. BURRIS                                   |
|     | JOHN L. BURRIS                                                  |
| 2   | BENJAMIN NISENBAUM                                              |

By: _____/s/_____
BENJAMIN NISENBAUM*

Attorneys for Plaintiffs
M.L. et al.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 30, 2006

_____/s/ Jeffrey S. White_____
Hon. Jeffrey S. White
U.S. District Court Judge

---

STIPULATION AND [~~PROPOSED~~] ORDER
MODIFYING CIVIL MINUTE DEADLINES
U.S.D.C. CASE NO. C 06-0818 JSW

3

N:\LIT\LI2006\060943\00377711.DOC

\*The undersigned counsel certifies that she has obtained approval by faxed letter to e-file this Stipulation on behalf of counsel for all parties.

/s/
CHRISTINE VAN AKEN

STIPULATION AND [PROPOSED] ORDER
MODIFYING CIVIL MINUTE DEADLINES
U.S.D.C. CASE NO. C 06-0818 JSW

4

N:\LIT\LI2006\060943\00377711.DOC